IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT NATHAN
STURDIVANT,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2454

Opinion filed September 8, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Robert Nathan Sturdivant, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the December 10, 2015, order denying third amended motion for postconviction relief in Bay County Circuit Court case number 07-4075-G. Upon

issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.